ANDREW M. ALTSCHUL (#226008)
ALTSCHUL LAW OFFICE, PC
117 SW Taylor Street, Suite 200
Portland, Oregon 97204
Telephone: 503.417.0444
Facsimile: 503.417.0501
E-mail: *andrew@portlandemploymentlaw.com*

Attorney for Defendant

DANNING JIANG, ESQ. (#196985)
LAW OFFICES OF DANNING JIANG
271 N. First Street
San Jose, CA 95113
Telephone: 408.299.0800
Facsimile: 408.299.0300
E-mail: *Dnjiang@aol.com*

Attorney for Plaintiff

***E-FILED ON 9/19/05***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**MARY JIUYAN MA**,

Plaintiff,

v.

**STANDARD INSURANCE COMPANY**, and **DOES ONE TO FIVE**, inclusive,

Defendants.

Case No. C05-03634-HRL

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S TO FILE INITIAL RESPONSIVE PLEADING**

WHEREAS, Defendant Standard Insurance Company ("Defendant") removed this matter to federal court on September 9, 2005 thereby giving Defendant until September 16, 2005 to file its initial responsive pleading;

WHEREAS, Defendant would like to discuss with Plaintiff Mary Jiuyan Ma ("Plaintiff") the possibility of voluntarily filing an Amended Complaint to avoid the need for Defendant to file a motion to dismiss based on ERISA preemption;

WHEREAS, the parties agree to an extension of time from September 16 to October 14 for Defendant to file its initial responsive pleading or for Plaintiff to file an Amended Complaint;

WHEREAS, the agreed upon extension of time will not affect the January 10, 2006 Case Management Conference or any other deadline set by the Court, and good cause exists for entering an order extending the deadline for Defendant to file its initial responsive pleading;

**IT IS STIPULATED AND AGREED** by the parties to extend the time within which Defendant Standard Insurance Co. may plead or otherwise respond to the initial Complaint from September 16, 2005 to October 14, 2005.

**IT IS SO STIPULATED.**

DATED: September 15, 2005. ALTSCHUL LAW OFFICE, PC

/s/ Andrew Altschul
Andrew M. Altschul (#226008)
Attorney for Defendant

DATED: September 14, 2005 LAW OFFICES OF DANNING JIANG

/s/ Danning Jiang
Danning Jiang (#196985)
Attorney for Plaintiff

**PURSUANT TO STIPLULATION, IT IS SO ORDERED.**

DATED: **September 16, 2005** By: **/s/ Howard R. Lloyd**
HON. HOWARD R. LLOYD
United States ~~District Court~~ **Magistrate** Judge