United States District Court
For the Northern District of California

\*E-FILED ON 1/11/06\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY JIUYAN MA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. C05-03634 HRL<br><br>**ORDER SETTING (1) MEDIATION DEADLINE AND (2) FURTHER CASE MANAGEMENT CONFERENCE** |

On January 10, 2006, the parties appeared for a Case Management Conference. Based on the discussion held at the Conference, the court issues the following order.

　　　　1.　　This case has been referred to the court's Alternative Dispute Resolution Program for Mediation. The parties shall complete their mediation proceedings by **March 10, 2006**. The parties advise that they have also begun settlement discussions. If the parties reach a settlement on their own, they shall promptly advise the court. In any event, no later than **March 14, 2006**, the parties shall file a joint statement advising as to the status of this lawsuit.

　　　　2.　　The court will hold a further case management conference, as may be necessary, on **March 21, 2006, 1:30 p.m. in Courtroom 2**.

IT IS SO ORDERED.

Dated: January 11, 2006

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**5:05-cv-3634 Notice will be electronically mailed to:**

Andrew M. Altschul andrew@portlandemploymentlaw.com

Danning Jiang Dnjiang@aol.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.