United States District Court
For the Northern District of California

*E-FILED ON 3/17/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MARY JIUYAN MA,

Plaintiff,

v.

STANDARD INSURANCE COMPANY,

Defendant.

_______________________________________/

No. C05-03634 HRL

**ORDER TO SHOW CAUSE RE SETTLEMENT**

The court is informed that this action has settled. In light of the settlement, all scheduled appearances have been vacated.

**On or before April 14, 2006**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **April 25, 2006, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than April 18, 2006**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1  need not file a joint statement in response to this Order.

2  Dated:   March 17, 2006

3  _____
HOWARD R. LLOYD
4  UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

**5:05-cv-3634 Notice will be electronically mailed to**:

Andrew M. Altschul andrew@portlandemploymentlaw.com

Danning Jiang Dnjiang@aol.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.