**Danning Jiang, Esq.  (CA Bar No. 196985)**
**LAW OFFICES OF DANNING JIANG**
**271 North First Street**
**San Jose, CA 95113**
**Tel.: (408) 299-0800**
**Fax: (408) 299-0300**
**E-Mail: djiang@jianglawgroup.com**

**Attorneys for Plaintiff Mary Jiuyan Ma**

*IT IS SO ORDERED*
*Judge Howard R. Lloyd*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Mary Jiuyan Ma,                              )<br>                                                      )<br>         Plaintiff,                                )<br>                                                      )<br>Vs.                                                  )<br>                                                      )<br>Standard Insurance Company, a        )<br>California corporation, and Does One to )<br>Five, inclusive,                                )<br>                                                      )<br>         Defendants.                           )<br>                                                      ) | CASE NO. C05-03634-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Date:** April 25, 2006<br>**Time:** 10:00 a.m.<br>**Dept.:** Courtroom 2, 5th Floor<br>           280 S. First Street<br>           San Jose, CA 95113<br>**Judge:** Hon. Howard R. Lloyd |

TO DEFENDANTS, THEIR COUNSEL OF RECORD, AND THE CLERK OF THE COURT:

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Mary Jiuyan Ma, hereby voluntarily dismisses this entire action against Defendants, Standard Insurance Company, a California corporation, and Does One to Five, inclusive, with prejudice.

Date: April 10, 2006                                         **LAW OFFICES OF DANNING JIANG**

                                                                            /s/ DANNING JIANG
                                                                            DANNING JIANG, Esq.
                                                                            Attorneys for Plaintiff Mary Jiuyan Ma